No. 131. KEYSTONE DRILLER CO. *v.* NORTHWEST ENGINEERING CORP.;

No. 132. SAME *v.* HARNISCHFEGER CORP.; and

No. 133. SAME *v.* BUCYRUS-ERIE Co. October 8, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Clarence P. Byrnes, F. O. Richey,* and *H. F. McNenny* for petitioner. *Messrs. Henry M. Huxley, Louis Quarles,* and *Frank Parker Davis* for respondents.

No. 134. SCHNELL ET AL. *v.* THE VALLESCURA ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Louis Joffe* and *Joseph Joffe* for petitioners. *Mr. Homer L. Loomis* for respondents.

No. 135. PANAMA REFINING CO. ET AL. *v.* RYAN ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. F. W. Fischer* for petitioners. *Solicitor General Biggs, Assistant Attorney General Stephens,* and *Messrs. Nathan R. Margold, Carl McFarland, M. S. Huberman, Charles H. Weston,* and *Charles Fahy* for respondents.

No. 260. AMAZON PETROLEUM CORP. ET AL. *v.* RYAN ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. J. N. Saye, F. W. Fischer,* and *W. Edward Lee* for petitioners. *Solicitor General Biggs, Assistant Attorney General Stephens,* and *Messrs. Carl McFarland* and *M. S. Huberman* for respondents.